

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-20-00441-CV

**IN THE INTEREST OF D.F.S., C.S.S., AND C.R.S., CHILDREN**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02723
Honorable Peter A. Sakai, Judge Presiding

## O R D E R

On September 8, 2020 and September 16, 2020, appellants filed notices of appeal stating their intent to appeal a final decree of termination signed on August 31, 2020. The clerk's record filed on September 23, 2020 does not contain a signed final order terminating appellants' parental rights. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Because it appears no final order has been entered in the underlying case, appellants are ORDERED to show cause in writing **no later than October 5, 2020** why this appeal should not be dismissed for lack of jurisdiction. If appellants fail to timely respond, this appeal will be dismissed for lack of jurisdiction.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2020.

_____
Michael A. Cruz,
Clerk of Court